UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32612 |
|---|---|
| JAMES LEON HARTLESS | (Chapter 13) |
| LISA JOY HARTLESS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050587**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 68 | OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | 14.63 |
| 3/ 24 | FIRST CHOICE PAYDAY ADVANCE<br>1268 E ASH ST<br>PIQUA, OH  45356 | 138.17 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/17/2010

Certificate of Service 07-32612

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

JAMES LEON HARTLESS
LISA JOY HARTLESS
3301 HOMEACRES AVENUE
BEAVERCREEK, OH 45431

G TIMOTHY DEARFIELD
2555 SOUTH DIXIE AVENUE
SUITE 201
KETTERING, OH 45409

(24.1)
FIRST CHOICE PAYDAY ADVANCE
1268 E ASH ST
PIQUA, OH 45356

(66.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH 43216

(72.1n)
OHIO DEPT OF TAXATION
% RAYMOND PIKNA JR.
600 VINE ST  STE 2500
CINCINNATI, OH 45202

(68.1)
OSI COLLECTION SERVICES
BOX 947
BROOKFIELD, WI 53008

(68.3)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA 30348

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv